UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-61218-WPD

NIHAL MICHAEL GAUTAM,

    Plaintiff,

v.

BROWARD COUNTY, et al.,

    Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DISMISSING SECOND AMENDED COMPLAINT WITHOUT PREJUDICE AND WITH LEAVE TO AMEND

    THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Augustin-Birch (the "Report") [DE 25], issued on October 6, 2025.  The Court notes that no objections to the Report [DE 25] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 25] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 25] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.  The Report [DE 25] is hereby **ADOPTED** and **APPROVED**;

2. The Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff is granted leave to file a Third Amended Complaint, consistent with Judge Augustin-Birch's October 6, 2025 Report and Recommendation, on or before **November 10, 2025**. Failure to do so will result in the Court closing the case.

4. The Clerk shall **MAIL** a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Augustin-Birch

Nihal Michael Gautam
840 SW 6th St.
Hallandale, FL 33009