UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-61218-WPD

NIHAL MICHAEL GAUTAM,

     Plaintiff,

v.

BROWARD COUNTY, et al.,

     Defendants.

_____/

## <u>OMNIBUS ORDER</u>

THIS CAUSE is before the Court upon the Report and Recommendation to Dismiss Third Amended Complaint, entered by Magistrate Judge Augustin-Birch on June 24, 2026, screening Plaintiff Nihal Michael Gautam ("Plaintiff")'s March 23, 2026 Third Amended Complaint [DE 33] under 28 U.S.C. § 1915(e)(2) (the "Report") [DE 37]; Plaintiff's "Third Amended Complaint" – properly considered a *Fourth* Amended Complaint, received by the Court on June 23, 2026 and entered into the docket on June 24, 2026 [DE 40]; and Plaintiff's Amended Objections to the Magistrate Judge's Report and Recommendation (DE 37), received by the Court July 8, 2026 [DE 42]. The Court has carefully considered the record and is otherwise fully advised in the premises. Plaintiff objects to the Report on the grounds that the Fourth Amended Complaint [DE 40], which was received by the Court prior to the entry of the Report, cures on its face several of the specific pleading deficiencies of the Third Amended Complaint [DE 33] identified by the Report and requests that the Court treat the Fourth Amended Complaint [DE 40] as the operative complaint.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 37] is hereby **DENIED AS MOOT**;

2. Plaintiff's "Third Amended Complaint" – properly considered a *Fourth* Amended Complaint, received by the Court on June 23, 2026 and entered into the docket on June 24, 2026 [DE 40] is the operative complaint in this case;

3. This case remains **REFERRED** to United States Magistrate Judge Panayotta Augustin-Birch for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matter;

4. The Clerk shall **MAIL** a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Augustin-Birch

Nihal Michael Gautam
840 SW 6th St.
Hallandale, FL 33009